JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCLELLAND, on behalf of the State of California and other aggrieved persons,<br><br>       Plaintiff,<br><br>   v.<br><br>S E PIPE LINE CONSTRUCTION COMPANY, a California corporation; and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No. 2:22-cv-005172-AB-PD<br><br>**PAGA REPRESENTATIVE ACTION**<br><br>[PROPOSED ORDER] **GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND REPRESENTATIVE PAGA CLAIMS WITHOUT PREJUDICE** |

1

**[PROPOSED] ORDER**

2      On the stipulation of the Parties, and good cause appear therefor,

3      **IT IS ORDERED** that Plaintiff Robert McClelland's individual claims be and

4   hereby are **DISMISSED WITH PREJUDICE** and the representative Private

5   Attorneys General Act claims asserted in the action be and hereby are **DISMISSED**

6   **WITHOUT PREJUDICE**, each side to bear its own attorneys' fees and costs.

7

8   **IT IS SO ORDERED.**

9

10   DATE: <u>February 22, 2023</u>

11                                  _____
                                    Honorable André Birotte Jr
12                                  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28